878

No. 306. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. v. MORRIS ET AL. Motion of petitioner for leave to add to the record granted. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied. *Edward F. Streit* and *Russell H. Matthias* for petitioner. *Thomas P. O'Malley* for some of the respondents.

No. 38, Misc. KRUPNICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 120, Misc. SCHWERTFEGER v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se*. *Reno S. Harp III*, Assistant Attorney General of Virginia, for respondent.

No. 133, Misc. BISHOP v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 144, Misc. STIGLER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 156, Misc. GALLAGHER v. SACKS, WARDEN, ET AL. Supreme Court of Ohio. Certiorari denied.

No. 191, Misc. WRIGHT v. McGINNIS, CORRECTION COMMISSIONER. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.